1    PHILLIP A. TALBERT
    United States Attorney
2    ROSS PEARSON
    Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4    Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6    Attorneys for Plaintiff
    United States of America

7

8    HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
9    MEGAN T. HOPKINS
    Assistant Federal Defenders
10    2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
11    Telephone: (559) 487-5561

12    Attorneys for Defendant
    JORGE ARMANDO FONSECA-ALVAREZ

13

14               IN THE UNITED STATES DISTRICT COURT

15             FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17    UNITED STATES OF AMERICA,    )  NO. 1:16-cr-00060-LJO-SKO
                            )
18             Plaintiff,      )  STIPULATION AND ORDER TO CONTINUE
                            )  STATUS CONFERENCE
19    vs.                    )
                            )  Date:   May 1, 2017
20    JORGE ARMANDO FONSECA-      )  Time:  8:30 a.m.
    ALVAREZ,                  )  Judge: Hon. Lawrence J. O'Neill
21                              )
               Defendant.     )
22

23

24         IT IS HEREBY STIPULATED by and between the parties hereto, through their

25    respective counsel, that the status conference hearing in the above-captioned matter now set for

26    April 17, 2017, may be continued until May 1, 2017, at 8:30 a.m., before the Honorable

27    Lawrence J. O'Neill.

28         Due to technical issues, defense counsel requires additional time to review discovery in

1    this matter. Also, the parties would like to continue in plea negotiations and the defense would

2    like the requested time to continue with some additional investigation.

3         The requested continuance is with the intention of conserving time and resources for both

4    parties and the court.  The parties agree that the delay resulting from the continuance shall be

5    excluded in the interests of justice, including but not limited to, the need for the period of time

6    set forth herein for effective defense preparation, defense investigation, and plea negotiation

7    purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

8

                                         Respectfully submitted,

9

                                           PHILLIP A. TALBERT

10                                        United States Attorney

11   DATED: April 10, 2017            By:    /s/ *Ross Pearson*
                                             ROSS PEARSON

12                                        Assistant United States Attorney
                                       Attorney for Plaintiff

13

14                                        HEATHER E. WILLIAMS
                                       Federal Defender

15

16   DATED: April 10, 2017            By:    /s/ *Megan Hopkins*
                                             MEGAN T. HOPKINS

17                                        Assistant Federal Defender
                                       Attorney for Defendant

18                                        JOSE ARMANDO FONSECA-ALVAREZ

19

20                              **O R D E R**

21   IT IS SO ORDERED.

22     Dated:    **April 10, 2017**                **/s/ Lawrence J. O'Neill**

23                                  UNITED STATES CHIEF DISTRICT JUDGE

24

25

26

27

28